WILLIAM F. WRIGHT - SBN 109470
Attorney at Law
1731 J Street, Suite 250
Sacramento, California 95814
Telephone:   (916) 442-8614
Facsimile:   (916) 442-5679

Attorney for Plaintiff Courtney Schmich

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY SCHMICH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:07-CV-131-LKK-DAD<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL** |

　　　The parties to this action, by and through their respective counsel, hereby give notice that this action has been settled in it entirety, pursuant to a written settlement agreement. The parties therefore request that the court enter an order dismissing this entire action, with prejudice.

DATED:  6/18/07　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　WILLIAM F. WRIGHT, Attorney for Plaintiff

DATED:  7/5/07　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　　　TINA NAGLE, Attorney at Law
　　　　　　　　　　　　　　　　　　　　　Paul, Plevin, Sullivan & Connaughton LLP
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

THE ABOVE ENTITLED ACTION IS HEREBY DISMISSED.

DATED: July 6, 2007.

　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Notice of Settlement and Request for Dismissal